IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:03-CR-156-1H
No. 5:16-CV-85-H

JAMES DAVID SMITH,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

This matter is before the court on its own motion to review its order staying the instant case pending the United States Supreme Court's decision in <u>Welch v. United States</u>, __ U.S. __, No. 15-6418, 2016 WL 1551144 (U.S. Apr. 18, 2016). In light of the Supreme Court's recent decision in <u>Welch</u>, the court hereby LIFTS the stay in this case and DIRECTS the government to file a response to petitioner's motion to vacate pursuant to 28 U.S.C. § 2255 within thirty (30) days of entry of this order. Petitioner may file a reply within ten (10) days of the government's response.

This 16 day of May, 2016.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#34